```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINA CALVENTO**<br>xxx-xx-2374<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV-08-678 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 1, 2008 to February 20, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through January 2009.

/ / / /

/ / / /

/ / / /

1

```
 1
 2
 3
 4  Dated: November 25, 2008            /s/Bess M. Brewer
                                        BESS M. BREWER
 5                                      Attorney at Law

 6                                      Attorney for Plaintiff

 7
 8
    Dated: November 25, 2008            McGregor W. Scott
 9
                                        United States Attorney
10
                                        /s/  Elizabeth Fier
11                                      ELIZABETH FIER

                                        Special Assistant U.S. Attorney
12                                      Social Security Administration

13                                      Attorney for Defendant

14
15                      ORDER

16  APPROVED AND SO ORDERED.

17  DATED: December 8, 2008
                                        /s/ Gregory G. Hollows
18
                                        GREGORY G. HOLLOWS
19                                      U.S. MAGISTRATE JUDGE

20  calvento.eot
21
22
23
24
25
26
27
28

                                    2
```