1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LINA CALVENTO, ) | CIVIL NO. 2:08-CV-00678-GGH |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to respond to Plaintiff's Opening Brief. The current due date for the Commissioner's responsive brief was May 4, 2009. The extension is needed because the undersigned was reassigned this case and only learned of the reassignment yesterday while working at an alternate duty station. The new due date will be June 8, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | Dated: May 6, 2009 | /s/ *Bess Brewer* |
| 4 | | (As authorized via email)<br>BESS BREWER |
| 5 | | Attorney for Plaintiff |

Dated: May 6, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: May 11, 2009					/s/ Gregory G. Hollows

							UNITED STATES MAGISTRATE JUDGE

Calvento.eot3

2 - Motion & Order Extending Def's Time